JUDGE COTE    '08 CIV 7284

612-07/EEL/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff FLOPEC
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Eric E. Lenck (EL 4547)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FLOTA PETROLERA ECUATORIANA,

                    Plaintiff,

      - against -

TURKISH PETROLEUM INTERNATIONAL
CO. LTD.,
                    Defendant.
-----------------------------------------------------------------x

**08 CIV**

**RULE 7.1 STATEMENT**

[RECEIVED AUG 15 2008 U.S.D.C. S.D.N.Y. CASHIERS stamp]

Plaintiff, FLOPEC, by and through its undersigned attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a quasi-governmental entity of the country of Ecuador.

Dated: New York, New York
       August 15, 2008

                            FREEHILL HOGAN & MAHAR, LLP
                            Attorneys for Plaintiff FLOPEC

                By: _____
                            Eric E. Lenck (EL 4547)
                            Pamela L. Schultz (PS 0335)
                            80 Pine Street
                            New York, NY 10005
                            (212) 425-1900
                            (212) 425-1901 fax

NYDOCS1/310738.1